IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DESTINY D. DAVIS, on behalf of M.D., a minor;

Plaintiff,

vs.

FRANK J. BISIGNANO, Commissioner of Social Security;

Defendant.

**8:26CV646**

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**

This case is before the Court on Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Remand. Filing 13. Defendant seeks an extension until fourteen days after he files an answer and the certified administrative record in this case to respond to Plaintiff's Motion for Remand. Filing 13 at 1. That response would otherwise be due November 12, 2026. Defendant seeks the extension because the "sentence six" remand requested by Plaintiff requires compilation and review of the certified administrative record to evaluate Plaintiff's assertions that there is new and material evidence. Filing 13 at 1. Defendant's answer and the certified administrative record are due on December 21, 2026. Filing 13 at 1. Defendant represents that he attempted to consult Plaintiff about the extension by email on November 3, 2026, but has not received a response. Filing 13 at 2. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Remand, Filing 13, is granted. Defendant shall have to and including January 5, 2027, to file a response to Plaintiff's Motion to Remand.

Dated this 6th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge